# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OMAR JAMON HILL, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Case No. CIV-15-257-M |
| | ) |
| Vs. | ) |
| | ) |
| JOE M. ALLBAUGH, Director | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

On August 22, 2017, Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action brought by the Petitioner Omar Jamon Hill, appearing pro se, seeking this Court for a writ of habeas corpus, challenging through 28 U.S.C. § 2254 the constitutionality of his criminal conviction by the State of Oklahoma. The Magistrate Judge recommended that the Petition under 28 U.S.C. § 2254 be denied. The parties were advised of their right to file an objection by September 12, 2017. The Magistrate Judge further advised that failure to timely object to the Report and Recommendation waives the right to appellate review of both factual and legal issues. The Petitioner filed his untimely objection on October 12, 2017 [Docket no. 15]. The Petitioner's objections stood on the grounds made in his original Petition, which was denied.

Accordingly, upon *de novo review*, the Court:

(1)     ADOPTS the Report and Recommendation [docket no. 12] issued by the Magistrate judge on August 22, 2017, and

(2)     DENIES the Petition under 28 U.S.C. § 2254 [Docket no. 1].

**IT IS SO ORDERED this  24th  day of October 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE